STATE OF IOWA v. ROBERT CALAHAN, Appellant.

CONVICTION FOR ASSAULT TO MURDER: NO ERROR DISCOVERED IN PARTIAL TRANSCRIPT.

*Appeal from Polk District Court.*—HON. W. F. CONRAD, Judge.

FRIDAY, FEBRUARY 9, 1894.

INDICTMENT for an assault with intent to commit murder. The defendant appeals from a conviction and judgment of imprisonment in the penitentiary. The cause was submitted on a partial transcript, without the evidence, or instructions of the court.—*Affirmed.*

No appearance for appellant.

PER CURIAM.—We have examined the record, as the law requires, and, finding no error, the judgment is AFFIRMED.